IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CONNIE HUSH, as guardian and natural parent of minor daughter, K.C. | Judge James G. Carr |
| | Case No. 3:16-cv-01775 |
| Plaintiff, | |
| vs. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| CEDAR FAIR, L.P., et al. | |
| Defendants. | |

Now comes Plaintiff Connie Hush, as guardian and natural parent of minor daughter K.C., by and through the undersigned counsel, to give notice pursuant to the provisions of Ohio Civil Rule 41(A)(1)(a), and dismiss **with prejudice** the within case with each party to bear its own costs.

IT IS SO ORDERED.

s/ James R. Knepp, II
U. S. Magistrate Judge

Respectfully submitted,

/s/ David A. Forrest
David A. Forrest (0006673)
Audrey P. Forrest (of counsel) (0025622)
JEFFRIES, KUBE, FORREST & MONTELEONE CO. LPA
26021 Center Ridge Road, Suite 200
Westlake, Ohio 44145
(216) 771-4050
(216) 771-0732 (fax)
Email: dforrest@jkfmlaw.com
Af41@aol.com

/s/ Robert Zelvy
Robert Zelvy (0032086)
Robert Zelvy & Associates
171 East Washington Row
Sandusky, Ohio 44870
(419) 625-6955
(419) 625-7334 (Fax)
Email: info@rzlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Dismissal with Prejudice was filed electronically on this 2nd day of October, 2017. Notice of this filing will be sent to all parties by operation of the Court's ECF system. Parties may access the filing through the Court's system.

/s/ David A. Forrest
DAVID A. FORREST (0006673)
AUDREY P. FORREST (0025622)
ROBERT ZELVY (0032086)

*Counsel for Plaintiff*